**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700 (main)
   (916) 554-2900 (facsimile)

**FILED**

AUG 1 2 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2 14 - SW - . 4 7 3   EFB

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT OF PLACER PODIATRY, 1650 LEAD HILL BOULEVARD, SUITE 100, ROSEVILLE CA | CASE NO.<br><br>**REQUEST TO SEAL AND [PROPOSED] ORDER**<br><br><u>UNDER SEAL</u> |
|---|---|

## APPLICATION

The United States hereby applies for an order directing that the application for search warrant, the supporting affidavit, and search warrant in the above-titled matter, together with this application, and this Court's sealing order, be kept under seal until further order of the Court.  The United States requests that the above-described materials be sealed to preserve the confidentiality of the ongoing investigation described in the affidavit and to prevent individuals form learning of the existence of the warrant and order prior to its execution.

Sealing Request and Proposed Order                                       1

1  WHEREFORE, I respectfully request that the Court issue an order granting this application.

2  DATED: August 12, 2014                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

TODD A. PICKLES
Assistant United States Attorney

## [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The application for search warrant, the supporting affidavit, and search warrant in the above-titled matter, together with this application, and this Court's sealing order, will be kept under seal until further order of the Court. The executing agents or officers are permitted to provide a copy of the search warrant and the accompanying attachments as required by Federal Rule of Criminal Procedure 41(f).

IT IS SO ORDERED.

DATED: 8-12-2014

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge