1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7



**FILED**

FEB - 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF | CASE NO.   2:14-SW-473 EFB |
   | PLACER PODIATRY, 1650 LEAD HILL |  |
12 | BOULEVARD, SUITE 100, ROSEVILLE CA | **REQUEST TO UNSEAL AND [PROPOSED]** |
   |  | **ORDER** |
13

14

15                    **REQUEST TO UNSEAL**

16       The Court has sealed the application for search warrant, affidavit in support, and search warrant

17 in the above-captioned matter. To date, defendant Neil Van Dyck has pleaded guilty to an information

18 in *United States v. Van Dyck,* 2:15-cr-200 GEB. Defendant has not been sentenced. A motion to

19 intervene in the criminal case has also been filed by relators in a civil qui tam action that references the

20 existence of the search warrant. Therefore, the United States requests that the above-referenced matter

21 be unsealed and made part of the public docket.

22                                        Respectfully submitted,

23 Dated: February 2, 2016                BENJAMIN B. WAGNER
                                          United States Attorney
24

25                               By:  _____

26                                     TODD A. PICKLES
                                       Assistant United States Attorney
27

28

1

**[PROPOSED] ORDER**

2        The Court hereby orders that the application for search warrant, including affidavit, and warrant

3 as well as the sealing order in the above-referenced matter shall be unsealed and made part of the public

4 record.

5 Dated: 2/2/2016

6

7 Honorable Carolyn K. Delaney
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28